JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUN KIL,<br><br>            Plaintiff,<br><br>     v.<br><br>ETEHAD LLC,<br><br>            Defendant. | Case No. CV 21-8075-DMG (AGRx)<br><br>**JUDGMENT** |

-1-

1    This Court having granted Plaintiff In Sun Kil's motion for default judgment by
2 order dated April 15, 2022,
3    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is
4 entered in favor of Plaintiff and against Defendant Etehad LLC.  Defendant is ORDERED
5 to provide accessible parking at the property located at 3242 Cahuenga Blvd. W., Los
6 Angeles, California, in compliance with the ADA, and to pay $1,197.50 in attorneys' fees
7 and $402 in litigation costs to Plaintiff.

9 DATED:  April 15, 2022

                                          _____
                                          DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE